# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Stephen Poindexter

**DEFENDANTS**
Officer A. Antoiazzi, Star #13961

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Thomas Peters
Kevin Peters
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
(312)697-0022

Attorneys (If Known)
Mara Georges
Corporation Counsel
Room 600
City Hall
Chicago, IL 60602

**II. BASIS OF JURISDICTION**: [X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT**: [X] 440 Other Civil Rights

**V. ORIGIN**: [X] 1 Original Proceeding

**VI. CAUSE OF ACTION**: 42 U.S.C. 1983 False Arrest

**VII. PREVIOUS BANKRUPTCY MATTERS**: (none)

**VIII. REQUESTED IN COMPLAINT**: JURY DEMAND: [X] Yes

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 2/1/08
SIGNATURE OF ATTORNEY OF RECORD: Thomas Peters

**FILED FEBRUARY 13, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT