## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Stephen Poindexter

vs.

Officer A. Antoiazzi, Star # 13961, et. al.

Case Number:

**FILED**
**FEBRUARY 13, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH    08 C 916**

**JUDGE HIBBLER**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Stephen Poindexter

| | |
|---|---|
| NAME (Type or print) Kevin Peters | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Kevin Peters | |
| FIRM | |
| STREET ADDRESS 407 S. Dearborn, Suite 1675 | |
| CITY/STATE/ZIP Chicago, IL 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06184460 | TELEPHONE NUMBER (312) 697-0022 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |