## *United States District Court for the Northern District of Illinois*

Case Number: 08cv916

Assigned/Issued By: j.n.

Judge Name: hibbler

Designated Magistrate Judge: brown

---

### FEE INFORMATION

**Amount Due:**  ☑ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350

Receipt #: 2536835

Date Payment Rec'd: 2-13-08

Fiscal Clerk: j. n.

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

_3_ Original and _0_ copies on 2-13-08 as to all defendants
                                (Date)

_____

_____