# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    **Stephen Poindexter v. City of Chicago**    Case Number:    **08 C 916**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF CHICAGO**

| |
|---|
| NAME (Type or print)<br>**Valerie Harper** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>*s/Valerie Harper* |
| FIRM    **City of Chicago, Corporation Counsel** |
| STREET ADDRESS    **30 N. LaSalle Street, Suite 1020** |
| CITY/STATE/ZIP    **Chicago, IL 60602** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**06225133** | TELEPHONE NUMBER<br>**312-744-4746** |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐