IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN POINDEXTER, | ) | |
| | ) | No. 08 C 0916 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | Judge Hibbler |
| J. ANTOIAZZI, Star No. 13961, | ) | |
| CHICAGO POLICE OFFICER | ) | |
| B. MURPHY, Star No. 6066, and | ) | |
| OTHER UNKNOWN CHICAGO | ) | |
| POLICE OFFICERS | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("the City"), pursuant to Federal Rule of Civil Procedure 6(b), moves this Court for an extension of time until May 15, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states as follows:

1. Plaintiff filed his complaint on February 13, 2008. The complaint alleges federal claims under 42 U.S.C. § 1983 and Illinois state law claims against the City and two Chicago police officers.

2. Plaintiff's complaint and summons were served on the City on or about February 15, 2008. Undersigned counsel for the City, however, was assigned to this case and received the complaint yesterday, March 31, 2008, over three weeks after the City was due to answer or plead in response to plaintiff's complaint.

3. Because of this delay in receiving the complaint, the undersigned counsel has not yet begun the process of investigating all of the allegations in the plaintiff's complaint and

gathering and examining the pertinent records. Moreover, the undersigned, among ongoing discovery matters, begins trial in the matter of King v. City of Chicago, 04 C 7796, on May 5, 2008 so requires additional time to answer or otherwise plead.

4.      Therefore, the City requests until May 15, 2008, to answer or otherwise plead in response to the complaint.

5.      This is the first extension of time the City has sought in this case.

6.      This motion is not brought for the purpose of delay or any other improper purpose, but so that the City can properly respond to the allegations in plaintiff's complaint.

7.      Plaintiff will not be prejudiced if the requested extension of time is granted.

8.      The undersigned spoke with one of plaintiff's counsels and plaintiff agrees to the extension that defendant requests in this motion.

For these reasons, the City requests that the Court grant the City's motion for an extension of time to and including May 15, 2008, to answer or otherwise plead to plaintiff's complaint.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the
City of Chicago

Dated: April 1, 2008         By:    *s/ Valerie Harper*
                                    VALERIE HARPER
                                    Senior Counsel
                                    THOMAS AUMANN
                                    Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4746/5100

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be sent via the Courts Electronic Filing System, a true and correct copy of the above Notice Of Agreed Motion and Defendant City of Chicago's Agreed Motion For an Extension of Time to Answer or Otherwise Plead on April 1, 2008.

    *s/ Valerie Harper*
VALERIE HARPER
Senior Counsel