IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **STEPHEN POINDEXTER,** ) | |
| ) | No. 08 C 0916 |
| **Plaintiff,** ) | |
| v. ) | |
| ) | |
| **CITY OF CHICAGO, ILLINOIS, and** ) | |
| **CHICAGO POLICE OFFICER** ) | Judge Hibbler |
| **J. ANTOIAZZI, Star No. 13961,** ) | |
| **CHICAGO POLICE OFFICER** ) | |
| **B. MURPHY, Star No. 6066, and** ) | |
| **OTHER UNKNOWN CHICAGO** ) | |
| **POLICE OFFICERS** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF AGREED MOTION

TO:   Thomas Peters
      Kevin Peters
      Law Offices of Kevin Peters
      407 S. Dearborn St., Suite 1675
      Chicago, IL 60605

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached Defendant City of Chicago's Agreed Motion For an Extension of Time to Answer or Otherwise Plead.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable William J. Hibbler or any other Judge or Magistrate Judge sitting in his place or stead on the 10th day of April 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

DATED at Chicago, Illinois, this 1st day of April, 2008.

                                        MARA S. GEORGES
                                      Corporation Counsel of the
                                      City of Chicago

                      BY:   *s/ Valerie Harper*
                                  VALERIE HARPER
30 North LaSalle Street, Suite 1020      Senior Counsel
Chicago, Illinois 60602
(312) 744-4746/5100