# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 916 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Poindexter vs. Antoiazzi, et al. | | |

**DOCKET ENTRY TEXT**

Defendant City of Chicago's Agreed motion for an extension of time until 5/15/08 to answer or otherwise plead is granted. Status hearing to set discovery schedule set for 6/3/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|