

# FILED

**MAY 1 5 2008**

HAY 15 2008

JUDGE WILLIAM J. HIBBLER
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEPHEN POINDEXTER,               )
                                  )
        Plaintiff,                )
                                  )
        vs.                       )        NO. 08 C 916
                                  )
OFFICERS A. ANTOIAZZI, STAR #13961, B.   )   JUDGE HIBBLER
MURPHY, STAR #6066, and OTHER     )
UNKNOWN CHICAGO POLCE OFFICERS and )      MAGISTRATE JUDGE BROWN
THE CITY OF CHICAGO,              )
                                  )
        Defendants.               )

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their
respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement
Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with
each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and
Settlement Agreement and the Agreed Order of Dismissal.

Thomas Peters
Attorney for plaintiff,
Stephen Poindexter
Peters & Peters
407 342 South Dearborn, Suite 950 /675
Chicago, Illinois 60605
(312) 697-0022
Attorney No. 6184460
DATE: 5/1/08

Liza M. Franklin
Chief Assistant Corporation Counsel
Attorney for defendants,
William Murphy and Albert Antoiazzi
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 06216088
DATE: 5/14/08

08 C 916

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY:

Liza M. Franklin
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 06216088,
DATE: 5/14/08