Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 916 | **DATE** | 5/16/2008 |
| **CASE TITLE** | POINDEXTER vs. ANTOIAZZI, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation to dismiss, this case is dismissed with prejudice and without costs. Enter Agreed Order of Dismissal. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | JHC |
|---|---|---|