THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHEN POINDEXTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 08 C 916 |
| ) | |
| OFFICERS A. ANTOIAZZI, STAR #13961, B. ) | JUDGE HIBBLER |
| MURPHY, STAR #6066, and OTHER ) | |
| UNKNOWN CHICAGO POLICE OFFICERS and ) | MAGISTRATE JUDGE BROWN |
| THE CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective patties being represented by counsel, plaintiff, Stephen Poindexter, by one of his attorneys, Thomas Peters, and defendants, William Murphy and Albert Antoiazzi, by their attorney, Liza M. Franklin, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff Stephen Poindexter, against defendants, City of Chicago William Murphy and Albert Antoiazzi, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Liza M. Franklin
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312)742-0170
Attorney No. 06216088

ENTER: _Wm. J. Hibbler_
The Honorable William J. Hibbler
United States District Judge

DATED: 5/16/08